# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3449

_____

In the Matter of: Timothy M. Kurmel;     *
Mary Jo Kurmel,                          *
                                         *
            Debtors.                     *
_____              *
                                         *
Judith O. Letrud; Shelly A. Koehler;     *
Heartland Physical Therapy, Inc.,        *
                                         *
            Plaintiffs - Appellees.      *   Appeal from the United States
                                         *   District Court for the District
      v.                                 *   of Nebraska.
                                         *
Timothy M. Kurmel;                       *   [UNPUBLISHED]
                                         *
            Defendant - Appellant,       *
                                         *
Mary Jo Kurmel,                          *
                                         *
            Defendant.                   *

_____

Submitted: April 21, 2006
Filed: April 26, 2006

_____

Before MURPHY, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Judith O. Letrud, Shelly A. Koehler, and Heartland Physical Therapy, Inc. filed a complaint in the bankruptcy court seeking a determination that a prior state court judgment entered in their favor against Timothy M. Kurmel was a nondischargeable debt. Both sides moved for summary judgment, and the bankruptcy court entered judgment in favor of the plaintiffs. Kurmel appealed to the district court[1], arguing that the debt was dischargeable in bankruptcy. The district court affirmed the judgment, and Kurmel again appeals.

The plaintiffs prior judgment had resulted from a complaint filed by the plaintiffs against Kurmel and his corporation, Partners in Physical Therapy ("Partners"), alleging that Kurmel had used Partners to overcharge them for contract labor. After a bench trial, the state court found that Kurmel had "violated the trust placed in him by the plaintiffs", that there was "overwhelming" evidence Kurmel used Partners as an "alter ego", and that "it is apparent that Mr. Kurmel violated his fiduciary duties" to the plaintiffs. It entered judgment against Kurmel in the amount of $378,386.30. Subsequent to the ruling, Kurmel filed for bankruptcy protection.

Under 11 U.S.C. § 523(a)(4), a debt is nondischargeable if it is for "fraud or defalcation while acting in a fiduciary capacity". After de novo review, see Kasper v. Federated Mut. Ins. Co., 425 F.3d 496, 502 (8th Cir. 2005), we conclude that the debt is nondischargeable under § 523(a)(4) for the reasons explained by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

---

[1] The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

-2-